Case 2:12-cr-00064-RAH-CSC   Document 73   Filed 04/11/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Christopher Patrick Gunn<br><br>Date of Original Judgment: 04/17/2013<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: 2:12cr64-RAH-01<br>)  USM No: 13950-002<br>)<br>)  Donnie Wayne Bethel<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __420__ months **is reduced to** __384__ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This term consists of 324 months on each of counts 1ss and 2ss, to run concurrently, and 24 months on each of counts 7ss-10ss, to run concurrently with each other, counts 1ss and 2ss, and with the 24 months imposed on each of counts 1,3,5,6,8,10,11,13,15,17 and 18 in 2:12cr151-MEF. The 60 months custody imposed on counts 2,4,7,9,12,14 and 16 in CR No. 2:12cr151-MEF shall run concurrently with each other and consecutive to the 324 months on 1ss and 2ss CR No.2:12cr64-MEF for a total of 384 months.

Except as otherwise provided, all provisions of the judgment dated __04/17/2013__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/11/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

R. Austin Huffaker, Jr., U.S. District Judge
*Printed name and title*